IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**WILLIE MCGEE, #126399**                                            **PLAINTIFF**

**VERSUS**                             **CIVIL ACTION NO. 3:08-cv-307-DPJ-JCS**

**VALERIE BUIE, UNKNOWN HENTZ,
UNKNOWN SIMMONS, MISSISSIPPI
DEPARTMENT OF CORRECTIONS
AND MADISON COUNTY CWC**                                    **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 24th day of September, 2008.

                                                     s/ *Daniel P. Jordan III*
                                                     UNITED STATES DISTRICT JUDGE